# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  DEANNA M. MADOUX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-18-137-F |
| | ) | |
| 1.  REDROCK MORTGAGE, | ) | |
| a trade name for AMERICAN | ) | |
| SOUTHWEST MORTGAGE | ) | |
| CORP., and | ) | |
| 2.  REDROCK MORTGAGE, | ) | |
| a trade name for AMERICAN | ) | |
| SOUTHWEST MORTGAGE | ) | |
| FUNDING CORP., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | **ATTORNEY LIEN CLAIMED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, DeAnna M. Madoux, hereby stipulates that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 5th DAY OF SEPTEMBER, 2018.**

                                              s/ Lauren W. Johnston
JANA B. LEONARD, OBA #17844
SHANNON C. HAUPT, OBA #18922
LAUREN W. JOHNSTON, OBA #22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
(405) 239-3800 (telephone)
(405) 239-3801 (facsimile)
leonardjb@leonardlaw.net
haupts@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*